# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN AUBREY LAYER,
#1034189,

    *Petitioner*,

vs.

JACK PALMER, *et al.*,

    *Respondents*.

3:11-cv-00500-RCJ-RAM

ORDER

    This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's application (#1) to proceed *in forma pauperis*.

    The pauper application is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, the petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate. Petitioner submitted neither.

    Petitioner additionally failed to comply with the instruction on the petition form that he attach a copy of all state court written decisions regarding his conviction.

    IT THEREFORE IS ORDERED that petitioner's application (#1) to proceed *in forma pauperis* is DENIED without prejudice.

    IT FURTHER IS ORDERED that petitioner shall have thirty (30) days within which to either pay the $5.00 filing fee or file a new and properly completed application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement.

1  IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file a supplemental exhibit with a copy of all written state court written decisions regarding his conviction.

If petitioner fails to timely and fully comply with this order, the action will be dismissed without further advance notice.

The Clerk of Court shall send petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same.

DATED: This   25th   day of July, 2011.

_____
ROBERT C. JONES
Chief United States District Judge