AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN AUBREY LAYER,

    Petitioner,    JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:11-cv-00500-RCJ-WGC**

JACK PALMER, et al.,

    Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the petition is DISMISSED with prejudice as untimely. Judgment is hereby entered in favor of respondents and against petitioner.

  July 16, 2014    **LANCE S. WILSON**
                                          Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk